1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

UNITED STATES OF AMERICA,          )
                                    )
10                  Plaintiff,      )          2:10-cr-430-PMP-RJJ
                                    )
11  vs.                             )
                                    )
12  LOMANDO SCOTT,                  )          O R D E R
                                    )
13                  Defendant,      )
                                    )
14  _____ )

15          This matter was submitted to the undersigned Magistrate Judge on a Stipulation to

16  Continue Motion Deadline and Evidentiary Hearing (#21) and Stipulation to Continue Motion

17  Deadline (#23).

18          The Court having reviewed the Stipulations (#21 & #23) and good cause appearing

19  therefore,

20          IT IS HEREBY ORDERED that the  Stipulation to Continue Motion Deadline and

21  Evidentiary Hearing **(#21)** and Stipulation to Continue Motion Deadline **(#23)** are **GRANTED**

22  **as follows:**

23          1.      The evidentiary hearing scheduled for February 24, 2011, at 9:00 A.M. on

24                  Defendant's Motion to Suppress (#17) is VACATED and RESCHEDULED to

25                  April 25, 2011, at 9:00 A.M. before Judge Robert J. Johnston in courtroom 3D, 3d

26                  floor, Lloyd D. George United States Courthouse, 333 Las Vegas Blvd. S., Las

27                  Vegas, Nevada.  Defendant Lomando Scott must be present in Court for this

28                  hearing.

2.      Government's deadline to respond to Defendant's Motion to Suppress Evidence (#17) is extended to April 11, 2011.

3.      Reply to said Government Response is extended to April 18, 2011.

DATED this  23d  day of February, 2011.


_____
ROBERT J. JOHNSTON
United States Magistrate Judge