# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | ) | 2:10-CR-00430-PMP-RJJ |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| LOMANDO MARK SCOTT, | ) | |
| Defendant. | ) | |

On August 23, 2011, the Honorable Robert J. Johnston United States Magistrate Judge, entered a Report & Recommendation (Doc. #43) recommending that Defendant's Motion to Suppress (Doc. #17) be granted.

On September 9, 2011, Plaintiff United States filed an Objection to the Magistrate Judge's Report & Recommendation (Doc. #46) and on September 26, 2011, Defendant filed a Response to the Government's Objections (Doc. #47).

The Court has conducted a de novo review of the record in this case in accordance with 28 U.S.C.§ 636(b)(1)(B) and Local Rule IB 1-4 and determines that Magistrate Judge Johnston's Report & Recommendation should be affirmed.

**IT IS THEREFORE ORDERED that** Plaintiff's Objections (Doc. #46) to Magistrate Judge Johnston's Report & Recommendation are **OVERRULED**, and the recommendation of the Magistrate Judge (Doc. #43) is **AFFIRMED**.

///

///

**IT IS FURTHER ORDERED that** Defendant Scott's Motion to Suppress (Doc. #17) is **GRANTED**.

DATED: October 4, 2011.

_____
PHILIP M. PRO
United States District Judge