UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

FILED
MAY 02 2013
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> VS. ) <br> ) <br> LOMANDO MARK SCOTT ) <br> ) <br> Defendant. ) <br> ) | 2:10-CR-430-PMP-GWF |

**ORDER**

This Court having ordered the jury impaneled in the above entitled action to be kept together during periods of deliberation, now, therefore,

**IT IS HEREBY ORDERED** that all meals and lodging, if required, for said jury and attendants shall be paid by the Clerk of Court.

Dated: May 2, 2013.

_____
PHILIP M. PRO, U.S. DISTRICT JUDGE