UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                              )<br>     Plaintiff,              )<br>                              )<br>     v.                       )   2:10-CR-430-PMP-(GWF)<br>                              )<br>LOMANDO MARK SCOTT,           )<br>                              )<br>     Defendant.               ) | |

**PRELIMINARY ORDER OF FORFEITURE**

This Court finds that on May 2, 2013, defendant LOMANDO MARK SCOTT was found guilty on Counts One and Three through Five of a Five-Count Superseding Criminal Indictment charging him in Counts One and Five with Possession of a Controlled Substance With Intent to Distribute in violation of Title 21, United States Code, Section 841(a)(1); in Count Three with Felon in Possession of a Firearm in violation of Title 18, United States Code, 922(g)(1); and in Count Four with Possession of a Firearm During and in Relation to a Drug Trafficking Crime in violation of Title 18, United States Code, Section 924(c). Superseding Criminal Indictment, ECF No. 107; Jury Trial Minutes, ECF No. 131.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1), and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegations of the Superseding Criminal Indictment and the offenses to which defendant LOMANDO MARK SCOTT was found guilty. Superseding Criminal Indictment, ECF No. 107; Jury Trial Minutes, ECF No. 131.

The following assets are subject to forfeiture pursuant to Title 21, United States Code, Section 853(a)(1); Title 21, United States Code, Section 853(a)(2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 924(d)(1), (2)(C), and (3)(B) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 881(a)(11) and Title 28, United States Code, Section 2461(c):

    a.    $10,803.00 in United States Currency;

    b.    a Glock, Model 19, 9mm caliber, semi-automatic handgun, bearing serial number FUM135;

    c.    Nine (9) cartridges of R-P, Model Luger+P, 9mm caliber, ammunition; and

    d.    any and all ammunition ("property").

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of LOMANDO MARK SCOTT in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

1  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

> MICHAEL A. HUMPHREYS
> Assistant United States Attorney
> Lloyd D. George United States Courthouse
> 333 Las Vegas Boulevard South, Suite 5000
> Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

DATED this _ 6th day of May, 2013.

_____
UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

I, Ray Southwick, Forfeiture Support Associates Paralegal, certify that the following individuals were served with copies of the Preliminary Order of Forfeiture on May 3, 2013, by the below identified method of service:

CM/ECF:

Alina M. Shell
Office of the Federal Public Defender
411 E. Bonneville Ave.
Las Vegas, NV 89101
Alina_Shell@fd.org
Attorney for Lomando Mark Scott

Brenda Weksler
Federal Public Defender
411 E. Bonneville Ste. 250
Las Vegas, NV 89101
Nancy_Vasquez@fd.org
Attorney for Lomando Mark Scott

William C. Carrico
Federal Public Defender
411 E. Bonneville Ste. 250
Las Vegas, NV 89101
William_Carrico@fd.org
Attorney for Lomando Mark Scott

/s/ Ray Southwick
Ray Southwick
Forfeiture Support Associates Paralegal