# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

LOMANDO MARK SCOTT,

    Defendant.

Case No. 2:10-cr-00430-JAD-GWF

**ORDER**

This matter is before the Court on Alina M. Shell's Unopposed Motion for Extension of Time to Respond to Government's Request for Discovery (ECF No. 191), filed on April 4, 2017.

Alina M. Shell requests an extension until April 20, 2017 to file her Response to the Government's Motion for Discovery under Rule 6, Fed. R. Governing § 2255 Proceedings (ECF No. 189). Ms. Shell represents that the Government does not oppose her request for an extension. Upon review and consideration,

**IT IS HEREBY ORDERED** that Alina M. Shell's Unopposed Motion for Extension of Time to Respond to Government's Request for Discovery (ECF No. 191) is **granted**. Ms. Shell shall file her Response by **April 20, 2017**.

DATED this 12th day of April, 2017.

GEORGE FOLEY, JR.
United States Magistrate Judge