1
2
3
4                    **UNITED STATES DISTRICT COURT**
5                        **DISTRICT OF NEVADA**
6
7    UNITED STATES OF AMERICA,           )
8                    Plaintiff,           )        Case No. 2:10-cr-00430-JAD-GWF
                                          )
9    vs.                                  )        **ORDER**
                                          )
10   LOMANDO MARK SCOTT,                  )
                                          )
11                   Defendant.           )
     _____ )
12
13          This matter is before the Court on the Government's Motion to Withdraw its Motion for
14   Discovery under Rule 6 (ECF No. 195), filed on April 24, 2017.
15          On June 29, 2016, Defendant filed a 28 U.S.C. § 2255 motion. ECF No. 173. On March 13,
16   2017, the Court granted the Government's motion to stay the deadline (ECF No. 185) to respond to
17   Defendant's § 2255 motion pending Nisha Brooks-Whittington's motion to withdraw as counsel.
18   On March 23, 2017, the Government filed its motion for discovery under Rule 6 (ECF No. 189) of
19   the Federal Rules governing § 2255 proceedings. On April 4, 2017, Alina M. Shell, Esq. filed her
20   unopposed motion for extension of time to respond to the Government's request for discovery and
21   the Court granted her motion. *See* ECF Nos. 191, 193.
22          The Government represents that William Carrico, Esq. and Alina M. Shell, Esq. will
23   voluntarily answer interrogatories by May 31, 2017 and, therefore, the Government withdraws its
24   request for discovery. In addition, the Government requests leave to file its opposition to
25   Defendant's 28 U.S.C. § 2255 motion 30 days from the date that Mr. Carrico and Ms. Shell respond
26   to interrogatories. Accordingly,
27          **IT IS HEREBY ORDERED** that the Government's Motion to Withdraw its Motion for
28   Discovery under Rule 6 (ECF No. 195) is **granted**.

1  **IT IS FURTHER ORDERED** that the Government shall file its opposition to Defendant's

2  28 U.S.C. § 2255 Motion by **June 30, 2017.**

3  DATED this 25th day of April, 2017.

4

5

6  GEORGE FOLEY, JR.
   United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28