# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

LOMANDO MARK SCOTT

          Petitioner,

v.

UNITED STATES OF AMERICA

          Respondent.

JUDGMENT IN A CIVIL CASE

Case Number: 2:16-cv-01559-JAD
Criminal Case: 2:10-cr-00430-JAD-GWF-1

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Petitioner's motion to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255 is DENIED.

IT IS FURTHER ORDERED that a certificate of appealability is DENIED.

10/10/2018
Date

DEBRA K. KEMPI
Clerk

/s/ D. Cacciabaudo
Deputy Clerk